UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAD DOUGLAS WIRICK,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:21-mj-00372-PJG-1

**ORDER**

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of Criminal Complaint. The Complaint charges him possession with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(B)(viii) and with felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on July 15, 2021, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of

proving by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on July 16, 2021.

 /s/ Phillip J. Green  
PHILLIP J. GREEN  
United States Magistrate Judge